No. 75–5604.   CRAFT *v.* LOUISIANA ET AL.   Sup. Ct. La.   Certiorari denied.

No. 75–5610.   LARSEN *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 75–5612.   GOMEZ *v.* UNITED STATES.   C. A. 9th Cir. · Certiorari denied.

No. 75–5614.   JASPER *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 75–5629.   GOODRICH *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 75–5633.   BARR *v.* OLIVER, U. S. DISTRICT JUDGE. C. A. 8th Cir.   Certiorari denied.

No. 75–5642.   QUILLEN *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 75–5645.   TRUJILLO *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 75–5655.   WILLIAMS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 75–5664.   WHEELER *v.* NEW HAMPSHIRE DEPARTMENT OF EMPLOYMENT SECURITY ET AL.   Sup. Ct. N. H. Certiorari denied.

No. 75–5669.   HARRIS *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 75–5672.   OLSEN *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari   denied.

No. 75–5695.   BJORNSON ET AL. *v.* UNITED STATES C. A. 5th Cir.   Certiorari denied.